**Essie SWIFT, Administratrix of the Estate of Dorothy Stoner, Deceased Plaintiff/Appellant,**

v.

**LUTHERAN MEDICAL CENTER and Jorge A. Covarrubias, M.D., Pio M. Vilar, M.D., Hector Pineda, M.D., and Walter Mutschler, M.D. Defendants/Respondents.**

No. 72268.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 24, 1998.

G. Carroll Stribling, Jr., Ziercher & Hocker, P.C., Clayton, William J. Billeaud, Pratt, Bradford & Tobin, P.C., East Alton, for Appellant.

Jonathan Ries, Jennifer L. Hardester, Sandberg, Phoenix & Von Gontard, P.C., Robert A. Wulff, Bryce M. Boswell, Amelung, Wulff & Willenbrock, P.C., St. Louis, Donald Groshong, Robert G. Raleigh, Alton, for Respondent.

Before GRIMM, Acting P.J., and SIMON and HOFF, JJ.

*ORDER*

PER CURIAM.

Essie Swift appeals a judgment dismissing her claim for wrongful death damages in favor of Lutheran Medical Center, Jorge A. Covarrubias, M.D., Pio M. Vilar, M.D., Hectar Pineda, M.D., and Walter Mutschler, M.D. We affirm.

We have reviewed the briefs of the parties and the legal file and find that no error of law appears. As an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 84.16(b). A memorandum solely for the use of the parties involved has been provided explaining the reasons for our decision.